IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATE OF AMERICA

      vs.      Criminal No. 25CR00163-3 (CVR)

RAMON J VALENTIN-MONTALVO

**MOTION IN RESPONSE TO COURT ORDER**

TO THE HONORABLE COURT
DISTRICT OF PUERTO RICO

    COMES NOW, **Norman J. Rosario-Soto**, U.S. Probation Officer of this Court, informing that:

1. On April 25, 2025, the Court ordered (dkt. 60) the U.S. Probation Officer to respond to Mr. Ramón J. Valentín-Montalvo's motion (dkt. 59) where requests authorization to travel.

2. Although Mr. Valentín-Montalvo has been on pretrial supervision for less than a month our office has not identified any other reasons to object his travel request and return of his passport for said purpose.

3. Mr. Valentín-Montalvo will be instructed to return his passport to our office's custody upon his return to our district.

**WHEREFORE**, as required, the undersigned informs the contents of this motion for the appropriate action.

In San Juan, Puerto Rico, this 5th day of May 2025.

        Respectfully submitted,

        LUIS ENCARNACION-CANALES,
        Chief, U.S. Probation Officer

        ***Norman J. Rosario-Soto***
        Norman J. Rosario-Soto
        U.S. Probation Officer
        Federal Office Building
        150 Chardón Avenue, Rm. 225
        San Juan, PR 00918
        Telephone: (787) 766-5596
        Fax: (787) 766-5945
        Email: norman_rosario@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico, this 5th day of May 2025.

        *s/Norman J. Rosario-Soto*
        Norman J. Rosario-Soto
        U.S. Probation Officer